```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL RAYVON FOWLKES,         )
                                )
           Plaintiff,           )
                                )
     v.                         )
                                )      1:25-cv-261
JOSEPH FLOYD, JR.,              )
CHRISTOPHER L. PARRISH,         )
and CYNTHIA KING STURGES,       )
                                )
           Defendants.          )
```

## ORDER

On July 7, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous, for failing to state a claim upon which relief may be granted, and for seeking monetary relief against defendants who are immune from such relief.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of August, 2025.

/s/ William L. Osteen, Jr.
United States District Judge